IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br>INSPECTION OF THE WORKSITE AT 1001 HOLLOWAY DRIVE, QUITMAN, GEORGIA 31643 AND THE OPERATIONS AT THE WORKSITE OF EACH AND EVERY EMPLOYER, PRINCIPAL, CONTRACTOR AND SUBCONTRACTOR INCLUDING BUT NOT LIMITED TO OPERATIONS OF GEORGIA BOTTLE COMPANY, INC. | Case No. 7:13-MC-5 (HL) |

ORDER

The Secretary of Labor is ordered to appear before this Court *ex parte* on December 2, 2013, at 10:00 a.m. in Macon, Georgia, and present evidence in support of his application for an inspection warrant in this case.

**SO ORDERED**, this the 20th day of November, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr